IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAROLYN SCHILZ, Wife, and MARK SCHILZ, Husband, | ) ) ) | |
| Plaintiffs, | ) ) | 8:11CV149 |
| v. | ) ) ) | |
| CHEYENNE COUNTY HOSPITAL ASSOCIATION, INC., a Nebraska Corporation, | ) ) ) ) | DISMISSAL ORDER |
| Defendant. | ) ) | |

Pursuant to the stipulation for dismissal entered herein, Filing No. 35, this case is dismissed with prejudice, each party to pay its own costs.

IT IS SO ORDERED.

DATED this 29th day of February, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge